UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLE SAUCEDO,

    Plaintiff,

v.

EDWARD W. SPARROW
HOSPITAL ASSOCIATION and
TODD CASSIDY,

    Defendants.

_____/

Case No. 1:11-cv-289

HONORABLE PAUL L. MALONEY

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant Edward W. Sparrow Hospital Association has not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendant Edward W. Sparrow Hospital Association shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date: May 5, 2011

      /s/ Paul L. Maloney
      Paul L. Maloney
      Chief United States District Judge