UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NICOLE SAUCEDO,          )<br>          Plaintiff,          )<br>                                      )<br>-v-                                )<br>                                      )<br>EDWARD W. SPARROW HOSPITAL          )<br>ASSOCIATION and TODD CASSIDY,          )<br>          Defendants.          )<br>                                      ) | No. 1:11-cv-289<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having granted Defendants' motion for summary judgment and having dismissed all claims, under Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:   September 12, 2012                       /s/ Paul L. Maloney
                                                 Paul L. Maloney
                                                 Chief United States District Judge