UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NICOLE SAUCEDO,<br>    Plaintiff,<br><br>-v-<br><br>EDWARD W. SPARROW HOSPITAL<br>ASSOCIATION and TODD CASSIDY,<br>    Defendants. | No. 1:11-cv-289<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having granted Defendants' motion for summary judgment and having dismissed all claims, under Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  September 12, 2012              /s/ Paul L. Maloney
                                       Paul L. Maloney
                                       Chief United States District Judge